IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 1:23-cr-00438-JRR |
| ZACHARIAH SATTLER,<br>    Defendant. | |

**UNITED STATES OF AMERICA'S CONSENT MOTION
TO DISMISS INDICTMENT WITH PREJUDICE**

The United States hereby moves the Court for leave to dismiss the indictment against defendant Zachariah Sattler with prejudice. *See* Fed. R. Crim. P. 48(a). The undersigned has informed Mr. Sattler's attorneys of this motion, and they consent to it on his behalf. So on granting the United States leave, the Court should dismiss the indictment with prejudice.

While executing a warrant on a Maryland residence to search for evidence of offenses related to the events at or near the U.S. Capitol on January 6, 2021, federal agents discovered evidence that Mr. Sattler was non-violently possessing firearms in violation of federal law. A grand jury indicted him in two counts, *see* ECF No. 1, and those charges remain pending, *see* ECF No. 36. Mr. Sattler is currently on pre-trial release. *See* ECF No. 8.

After consulting with the Department of Justice's leadership, the United States has concluded that President Donald J. Trump pardoned Mr. Sattler of the offenses

1

in the indictment. *See* Proclamation No. 10887, 90 Fed. Reg. 8331 (Jan. 20, 2025). President Trump's pardon represents "the determination of the ultimate authority that the public welfare will be better served by" this act of grace, *Biddle v. Perovich*, 274 U.S. 480, 486 (1927), than the prosecution of the offenses. The President's authority to pardon is "conclusive and preclusive." *Trump v. United States*, 603 U.S. 593, 608 (2024). His decision to pardon is not "subject" to "judicial examination." *Id.*

Under Fourth Circuit precedent, the Court "*must* grant" this Rule 48(a) motion because the President's pardon determination is not and cannot be "clearly contrary to manifest public interest." *See Rice v. Rivera*, 617 F.3d 802, 811 (4th Cir. 2010) (per curiam) (quoting *United States v. Kellam*, 568 F.3d 125, 133 (4th Cir. 2009)).

**WHEREFORE,** the United States respectfully requests leave of the Court to dismiss with prejudice the indictment at ECF No. 1.

Respectfully submitted,

PHILIP A. SELDEN
Acting United States Attorney

/s/ David C. Bornstein
Assistant United States Attorney
Chief, Appellate Division
United States Attorney's Office
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 26, 2025, I electronically filed the above motion in this case and thereby electronically served a copy of it on Mr. Sattler through his counsel of record, who are ECF Filers.

/s/ David C. Bornstein
Assistant United States Attorney
