# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 1:23-cr-00438-JRR |
| ZACHARIAH SATTLER,<br>Defendant. | |

## **ORDER**

The United States, with the consent of defendant Zachariah Sattler, has moved for leave to dismiss the indictment under Federal Rule of Criminal Procedure 48(a). *See* ECF No. 38 (consent motion); ECF No. 1 (indictment).

The Court must grant the motion unless it is clearly contrary to manifest public interest. *Rice v. Rivera*, 617 F.3d 802, 811 (4th Cir. 2010). For the reasons set forth in the motion, the Court concludes that it should be granted.

Accordingly, on this ____ day of _____, 2025, the Court hereby GRANTS the United States's consent motion, DISMISSES the indictment WITH PREJUDICE, and ORDERS the Clerk to close this case.

_____
Hon. Julie R. Rubin
United States District Judge

1